**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

AARON R. ROUSE,

     Plaintiff,

     v.

NFL PLAYER DISABILITY AND
SURVIVOR BENEFIT PLAN,

     Defendant.

Case No. 2:26-cv-236

## <u>ORDER</u>

Defendant NFL Player Disability and Survivor Benefit Plan has agreed in writing that Plaintiff Aaron R. Rouse may file an amended complaint. ECF No. 5. Therefore, the Clerk is **DIRECTED** to file the amended complaint (ECF No. 5-1) on the docket. *See* Fed. R. Civ. P. 15(a)(2).[1]

Based on the parties' agreement, it is **ORDERED** that:

- Count II of the original complaint is **DISMISSED WITH PREJUDICE**, and

- The Plan shall file an answer or other responsive pleading to the amended complaint on or before June 8, 2026.

---

[1] The plaintiff also apparently seeks leave of the Court, which is a separate route to filing an amended complaint under Rule 15(a)(2). *See* ECF No. 5-2 (proposed order); *but see* Fed. R. Civ. P. 15(a)(2) (providing for amendment "with the opposing party's written consent *or* the court's leave") (emphasis added). The Court need not decide whether leave is appropriate.

- The parties shall meet and confer and submit a jointly proposed scheduling order within 14 days of the filing of the responsive pleading.[2]

**IT IS SO ORDERED.**

/s/ _____
Jamar K. Walker
United States District Judge

Norfolk, Virginia
May 18, 2026

---

[2] The parties' proposal shall not take the place of a scheduling conference under Rule 16(b). *See* Fed. R. Civ. P. 16(b)(1) (requiring a "report under Rule 26(f)" or a "scheduling conference" before issuance of a scheduling order).