**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | | |
|---|---|---|
| AARON R. ROUSE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 2:26-cv-00236-JKW-DEM |
| v. | ) | |
| | ) | |
| THE NFL PLAYER DISABILITY | ) | |
| AND SURVIVOR BENEFIT PLAN, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Defendant The NFL Player Disability and Survivor Benefit Plan (the "Plan"), pursuant to the Court's Scheduling Order, ECF No. 31 at ¶ 4, and Federal Rule of Civil Procedure 52, respectfully moves for judgment on the administrative record on Plaintiff Aaron Rouse's First Amended Complaint, ECF No. 10, for the reasons set forth in the accompanying Memorandum in Support, which is incorporated by reference herein. The Plan requests that the Court grant this Motion, enter judgment in the Plan's favor, dismiss the First Amended Complaint in its entirety and with prejudice, and grant such further relief as the Court deems just and proper. A proposed order is submitted herewith.

Dated: August 31, 2026

Respectfully submitted,

/s/ Kristan B. Burch
Kristan B. Burch (VSB No. 42640)
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
(757) 624-3343
kristan.burch@kaufcan.com

/s/ Edward J. Meehan
Edward J. Meehan, *pro hac vice*
Jovana Vujovic, *pro hac vice*
Groom Law Group, Chartered
1701 Pennsylvania Avenue NW
Washington, DC 20006
(202) 857-0620
emeehan@groom.com
jvujovic@groom.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, a true and correct copy of the foregoing document was filed through the CM/ECF system and sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

/s/Kristan B. Burch
Kristan B. Burch (VSB No. 42640)
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
(757) 624-3343
kristan.burch@kaufcan.com