**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | | |
|---|---|---|
| AARON R. ROUSE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 2:26-cv-00236-JKW-DEM |
| v. | ) | |
| | ) | |
| THE NFL PLAYER DISABILITY | ) | |
| AND SURVIVOR BENEFIT PLAN, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the Motion for Judgment on the Administrative Record filed by Defendant The NFL Player Disability and Survivor Benefit Plan. Having considered the Motion, the memoranda in support and in opposition, and the administrative record, it is hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that judgment is ENTERED in favor of Defendant; and it is further

**ORDERED** that Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

______________________________
Jamar K. Walker
United States District Judge

Norfolk, Virginia

____________________, 2026